In the Matter of THE CITY OF NEW YORK Relative to Acquiring Title to Circumferential Parkway in the Borough of Brooklyn. MAX E. KLOORFAIN, as Executor of ESTHER KLOORFAIN, Deceased, Appellant; THE CITY OF NEW

York et al., Respondents.—

No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.